**Order filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00567-CR
_____

**CALVIN T. POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1396247**

---

# O R D E R

Appellant filed a pro se notice of appeal from his conviction for manufacture or delivery of a controlled substance after a plea of guilty. A partial clerk's record was filed August 12, 2014. The record refers to the previous record filed June 24, 2014, in the same cause related to appellant's pro se application for writ of habeas corpus, which is docketed under our appeal number 14-14-00457-CR. Our review has determined neither record contains the documents related to appellant's plea of

guilty or the judgment of conviction. Accordingly, we issue the following order pursuant to Tex. R. App. P. 34.5(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **September 2, 2014**, containing the following:

1. Appellant's plea of guilty;

2. Judgment of conviction sentencing appellant on or about June 17, 2014;

3. Appellant's signed Waiver of Right of Appeal; and

4. Order appointing counsel for appeal, if any.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM